Marlee Goska (Alaska Bar No. 2305043)
Center for Biological Diversity
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
mgoska@biologicaldiversity.org

Kristen Monsell (*pro hac vice*)
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
(510) 844-7100
kmonsell@biologicaldiversity.org

Roger Flynn (*pro hac vice*)
Western Mining Action Project
P.O. Box 349
440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, et al., <br><br> *Plaintiffs*, <br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> *Defendants*. | Case No. 3:25-cv-00097-SLG |

**AFFIDAVIT OF SERVICE OF SUMMONS,
COMPLAINT, AND OTHER DOCUMENTS**

I, Marlee Goska, hereby declare that on May 22, 2025, I caused to be served true and correct copies of each of the following documents:

| | |
|---|---|
| N/A | Court-Issued Summons |
| ECF No. 1 | Complaint |
| ECF No. 2 | Civil Cover Sheet |
| ECF No. 3 | Plaintiffs' Rule 7.1 Disclosure Statement |
| ECF No. 4 | Motion to Appear *Pro Hac Vice* (K. Monsell) |
| ECF No. 4-1 | Certificate of Good Standing (K. Monsell) |
| ECF No. 6 | Motion to Appear *Pro Hac Vice* (R. Flynn) |

by certified mail, electronic return receipt requested, to the following parties:

U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314-1000

Lieutenant William H. Graham, Jr.
Chief of Engineers and Commanding General
U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314-1000

Jeffrey S. Palazzini, District Commander
U.S. Army Corps of Engineers
P.O. BOX 6898
JBER, AK 99506-0898

Civil Process Clerk
U.S. District Attorney's Office
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Attached as Exhibit A are receipts and delivery confirmations showing receipt of the documents by the U.S. Attorney's Office and District Commander Palazzini on May 27, 2025; the U.S. Army Corps of Engineers and Lieutenant Graham on June 4, 2025; and the U.S. Attorney General on June 5, 2025.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: June 6, 2025.

/s/ *Marlee Goska*
Marlee Goska (Alaska Bar No. 2305043)
Center for Biological Diversity
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
mgoska@biologicaldiversity.org

# Exhibit A









June 4, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 2450 0000 6552 1210**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | June 4, 2025, 11:49 am |
| Location: | WASHINGTON, DC 20314 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | 20314 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



June 4, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 2450 0000 6552 1227**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | June 4, 2025, 11:49 am |
| Location: | WASHINGTON, DC 20314 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *20314* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 28, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 2450 0000 6552 1234**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | May 27, 2025, 11:22 am |
| **Location:** | JBER, AK 99506 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 10.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | PO BOX 6898<br>JBER, AK 99506-0898 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



May 28, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 2450 0000 6552 1241**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | May 27, 2025, 11:47 am |
| Location: | ANCHORAGE, AK 99501 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature] Janeika* |
| Address of Recipient: | *222 N 7th* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



June 5, 2025

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 2450 0000 6552 1258**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | June 5, 2025, 5:07 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 10.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature: K J___]* / Printed Name: *Kai Johnson* |
| Address of Recipient: | *Justice 20530* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004