Cody B. Doig (Bar No. 2109091)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Tel: 907.277.1900
cody.doig@stoel.com

Jason T. Morgan (Bar No. 1602010)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Tel: 206.624.0900
jason.morgan@stoel.com

*Attorneys for Proposed-Intervenor Defendant*
*J T Mining, Inc.*

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, CHICKALOON VILLAGE TRADITIONAL COUNCIL, CENTER FOR BIOLOGICAL DIVERSITY, and ANNA-MARIA MUELLER,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS, LIEUTENANT WILLIAM H. GRAHAM, Jr., in his official capacity as Chief of Engineers and Commanding General, U.S. Army Corps of Engineers, COLONEL JEFFREY S. PALAZZINI, in his official capacity as Commander of the U.S. Army Corps of Engineers, Alaska District,<br><br>        Defendants. | Case No. 3:25-cv-00097-SLG |

## **DECLARATION OF RICK VAN NIEUWENHUYSE**

I, Rick Van Nieuwenhuyse, declare as follows:

*Cook Inletkeeper v. U.S. Army Corps of Engineers, et al.*
Case No. 3:25-cv-00097-SLG           1

1. I am over 18 years of age, fully competent, and authorized to make this declaration.

2. I currently serve as the President and CEO of Contango Ore, Inc. I have served in this role for five years. As President and CEO, I am responsible for the day-to-day operations of the company and its subsidiaries, including J T Mining, Inc.

3. I graduated from West Anchorage High School in 1972. I received a Candidature degree in Science from Université de Louvain, Belgium in 1975 and a Master of Science degree in Geology from the University of Arizona in 1980. I previously served as President and Chief Executive Officer of Trilogy Metals Inc. from January 2012 until December 2019. Between May 1999 and January 2012, I founded and served as the President and Chief Executive Officer of NOVAGOLD, Inc.

4. On May 17, 2019, J T Mining, Inc. ("JTMI") executed a lease agreement with Cook Inlet Region Inc. ("CIRI") for the purpose of developing minerals on the Johnson Tract. That lease graduates from a 10-year term to a five-year production term, followed by a production term until termination. The lease agreement contemplates annual lease payments from JTMI to CIRI depending on the term and production. In 2019, JTMI anticipated submitting a Section 404 application to the Army Corps of Engineers because there is currently no road on the Johnson Tract between the proposed portal site and the airstrip to facilitate movement of equipment and personnel. Similarly, the existing landing strip on the Johnson River is not large enough to safely allow the delivery of personnel and equipment to the site that is

*Cook Inletkeeper v. U.S. Army Corps of Engineers, et al.*
Case No. 3:25-cv-00097-SLG  2
129235476.1 0075444-00005
Case 3:25-cv-00097-SLG   Document 13   Filed 07/07/25   Page 2 of 5

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main 907.277.1900   Fax 907.277.1920

needed to support continued underground exploration and development of the project. JTMI's rights and obligations under the lease agreement with CIRI are directly affected by the Army Corps' authorization under Section 404 of the Clean Water Act.

5. On January 25, 2025, the National Park Service conveyed a transportation easement and a port easement to CIRI. Those deeds grant to CIRI an exclusive easement to access and transport ores and related products related to support mining between the Johnson Tract and the coast along Tuxedni Channel.

6. JTMI developed its application for a Section 404 permit to the Army Corps over the course of several years after entering the lease agreement with CIRI. JTMI and its consultants and contractors developed more than 10 discrete reports to support its application for a dredge and fill permit. These reports and factual developments therein support the Army Corps' decision; the cost to develop these reports and the factual basis of the application and resulting permit fell on JTMI.

7. JTMI's Section 404 permit is based on a mining design plan that JTMI developed to safely and responsibly develop mineral resources on CIRI lands. The design and length of the airstrip are meant to reduce trips to the site and increase safety of landing based on the geography of the Johnson River valley. The portal access road was selected from several alternatives because it minimizes stream crossings and impacts to wetlands.

8. The reports and assessments JTMI developed also give JTMI a unique factual grasp of the Johnson Tract. JTMI, along with its consultants and contractors, has spent

*Cook Inletkeeper v. U.S. Army Corps of Engineers, et al.*
Case No. 3:25-cv-00097-SLG    3
129235476.1 0075444-00005
Case 3:25-cv-00097-SLG    Document 13    Filed 07/07/25    Page 3 of 5

hundreds of hours studying various resource issues at the Johnson Tract. JTMI's grasp of the resource issues will benefit factual development before this Court.

9. If the Army Corps Section 404 permit is vacated, JTMI will suffer immediate and immense repercussions. JTMI prepared extensive factual reports and investigations that may need to be amended if the 404 permit is vacated, and JTMI's operations on the Johnson Tract could be delayed or terminated. JTMI's right to explore minerals on the Johnson Tract under the lease agreement would be frustrated. If the permit is vacated, the airstrip cannot be improved, and the portal access road cannot be built, which means drilling equipment and materials like culverts for crossing streams cannot be flown to camp and the site of the mining portal cannot be accessed thereby halting the advancement of the project to a mine producing four metals deemed critical by the US Government.

10. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 7th day of July 2025, in Fairbanks, Alaska.

By: _____
Rick Van Nieuwenhuyse
President and CEO
Contango Ore, Inc.

*Cook Inletkeeper v. U.S. Army Corps of Engineers, et al.*
Case No. 3:25-cv-00097-SLG

4

CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:25-cv-00097 who are registered CM/ECF users, and who are listed below, will be served by the CM/ECF system.

/s/ Cody B. Doig
Cody B. Doig

*Cook Inletkeeper v. U.S. Army Corps of Engineers, et al.*
Case No. 3:25-cv-00097-SLG                    5